```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

GEORGE COOKE

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:06-0946
                                     (Criminal No. 1:04-00013)

UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **DENIES** plaintiff's § 2255 motion, **DISMISSES** this matter, and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 23rd day of November, 2009.

                                          ENTER:

                                          *David A. Faber* (signature)
                                          David A. Faber
                                          Senior United States District Judge